UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60489
_____

BRAD ROWLAND; JONES COUNTY GRAIN,

Petitioners,

versus

UNITED STATES OF AMERICA; SURFACE TRANSPORTATION BOARD,

Respondents,

LONE STAR RAILROAD, INC.; SOUTHERN SWITCHING COMPANY

Intervenors.

_____

Appeal from the United States District Court
for the Northern District of Texas
(AB-425)
_____
April 17, 1996

Before REYNALDO G. GARZA, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered petitioners' challenge to the ICC abandonment order in light of their oral argument, briefs and pertinent portions of the record. Having done so, we cannot conclude that the ICC order was arbitrary and capricious or not in accord with the law, nor were the commission procedures unfair or inadequate.

Petition for review DENIED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.